# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>MARCO ANTONIO GONZALEZ,  )<br>  )<br>    Defendant.  )<br>  ) | 4:12MJ3017<br><br>DETENTION ORDER<br><br>COMPLAINT |

**IT IS ORDERED,**

1) The above-named defendant has agreed to be detained at this time pending an evidentiary hearing on whether conditions may be imposed which could ameliorate the risk of harm or flight created by his release.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) A preliminary hearing and detention hearing will be held on **March 20, 2012 at 12:30 p.m.** in Courtroom 3, in Lincoln, Nebraska before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

March 12, 2012                                    BY THE COURT:

                                                  *s/Cheryl R. Zwart*
                                                  Cheryl R. Zwart
                                                  United States Magistrate Judge